```
Michael I. Gowdey, Esq.
LAW OFFICES OF MICHAEL I. GOWDEY, LTD.
Nevada Bar # 6994
815 S. Casino Center Blvd.
Las Vegas, NV 89101
(702) 471-0321

Attorney for Defendant
SERGIO ARELLANO
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:10-mj-0473-RJJ-RJJ |
| Plaintiff, | ) STIPULATION TO CONTINUE PRELIMINARY HEARING |
| vs. | ) |
| ROCKY MENDOZA, RAUL AVILA, OSCAR SOSA and SERGIO ARELLANO, | ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED by and between the United States of America, by and through DANIEL G. BOGDEN, United States' Attorney and KISHAN NAIR, Assistant United States' Attorney, and MICHAEL I. GOWDEY, ESQ., counsel for Defendant SERGIO ARELLANO, that the above-encaptioned matter, currently set for Preliminary hearing on October 15,, 2010, be vacated and continued at least 21 days from the date of this Motion, or to a date and time to be set by this Honorable Court.

This Stipulation is entered into for the following reasons:

1. Parties are working on a pre-indictment resolution and request setting before the court at earliest possible date to resolve the case.

2. Counsel for the Defendant has spoken to the Defendant, and the Defendant has no objection to the requested continuance.

-1-     LAW OFFICES OF MICHAEL I. GOWDEY, LTD.
            NEVADA BAR NO. 6994
          815 S. CVASINO CENTER BLVD.
              LAS VEGAS, NV 89101

3. Denial of this request for continuance of the preliminary hearing would prejudice both the defendants and the Government and unnecessarily consume this Court's valuable resources, taking into account the exercise of due diligence.

4. Additionally, denial of this request for continuance would result in a miscarriage of justice.

5. The additional time requested by this stipulation is excludable in computing the time within which the defendants must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, Title 18 USC, Sec. 3161(b) and Title 18, USC, 3161(h)(8)(a), considering the factors under Title 18, USC, Sec. 3161(h)(8)(b)(I) and (iv).

DATED this 15TH day of October, 2010.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/S/ KISHAN NAIR
KISHAN NAIR, AUSA
Counsel for Plaintiff


/s/ MICHAEL I. GOWDEY
MICHAEL I. GOWDEY, ESQ.
Attorney for Defendant
SERGIO ARELLANO

-2-   LAW OFFICES OF MICHAEL I. GOWDEY, LTD.
           NEVADA BAR NO. 6994
         815 S. CVASINO CENTER BLVD.
              LAS VEGAS, NV 89101

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:10-mj-0473-RJJ-RJJ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER CONTINUING |
| | ) | <u>PRELIMINARY HEARING</u> |
| ROCKY MENDOZA, | ) | |
| RAUL AVILA, | ) | |
| OSCAR SOSA and | ) | |
| SERGIO ARELLANO, | ) | |
| | ) | |
| Defendants. | ) | |

Based on the pending stipulation of counsel and good cause appearing therefore, the Court hereby finds that:

**IT IS HEREBY ORDERED** that the preliminary hearing in the above-captioned matter currently scheduled for October 15, 2010, at the hour of 4:00 p.m., be vacated and continued to <u>Nov. 15</u>, 2010, at the hour of <u>4:00</u> p.m.

DATED this <u>15th</u> day of <u>Oct.</u>, 2010

_____
UNITED STATES MAGISTRATE JUDGE

-3-   LAW OFFICES OF MICHAEL I. GOWDEY, LTD.
NEVADA BAR NO. 6994
815 S. CVASINO CENTER BLVD.
LAS VEGAS, NV 89101